IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| BERNARD HUGH OLSON,<br><br>       Petitioner,<br><br>vs.<br><br>MARTIN FRINK; ATTORNEY GENERAL OF THE STATE OF MONTANA,<br><br>       Respondents. | Cause No. CV 14-31-GF-DLC-RKS<br>       CV 14-29-H-DLC-RKS<br><br><br>ORDER TRANSFERRING VENUE |

On April 23, 2014, Petitioner Bernard Hugh Olson moved to proceed in forma pauperis with this action under 28 U.S.C. § 2254. Mr. Olson is a state prisoner proceeding pro se.

Mr. Olson's petition challenges the existence of his 1996 conviction in Lewis and Clark County, the execution of his prison sentence in Powell County, and the revocation of the suspended portion of his sentence in Lewis and Clark County. Pet. (Doc. 1) at 4-5 ¶¶ 13A-B. The appropriate venue for each of these challenges is the Helena Division. D. Mont. L.R. 1.2(c)(4), 3.2(b)(2)(A); Pet. at 2 Instruction No. 6.

Accordingly, IT IS HEREBY ORDERED that Mr. Olson's petition is TRANSFERRED to the Helena Division. All parties shall refer only to Cause No.

CV 14-29-H-DLC-RKS in connection with this action.

Mr. Olson must immediately notify the Court of any change in his mailing address by filing a "Notice of Change of Address" under the appropriate cause number. Failure to do so may result in dismissal of his petition without notice to him.

DATED this 24th day of April, 2014.

 /s/ Keith Strong
Keith Strong
United States Magistrate Judge